```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  JAMES DIPINTO
                                      No. 2:09-cv-03225-MCE-EFB
12          Plaintiff,

13       v.                           MEMORANDUM AND ORDER

14  AMERICAN BROKERS CONDUIT, a
    division of American Home
15  Mortgage dba ATM CORPORATION;
    U.S. BANK NATIONAL ASSOCIATION
16  as Trustee for the holders of
    Bear Stearns Asset Backed
17  Securities I Trust 2006-AC3,
    Asset-Backed certificates,
18  Series 2006-AC3, its assignees
    and/or successors; NICK
19  PERJANIK; JOHN J. GIZA; ROBERT
    BEST APPRAISALS; ROBERT T.
20  BEST; and DOES 1-20,

21          Defendants.
22                        ----oo0oo----
23
24       This action arises out of a mortgage loan transaction in
25  which Plaintiff James DiPinto ("Plaintiff") refinanced his home
26  in 2006.  Plaintiff now alleges several violations of state and
27  federal law in connection with his loan.
28  ///
```

1

Presently before the Court is a Motion by Defendant U.S. Bank National Association solely as trustee for the holders of Bear Stearns Asset Back Securities I Trust 2006-AC3, Asset-Backed Certificates, Series 2006-AC3 ("Defendant") to Dismiss Plaintiff's Complaint for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).[1]  Defendant so moves on the grounds that it was not involved with the origination of Plaintiff's loan.  Plaintiff has failed to timely file an opposition to Defendant's Motion.

Pursuant to Local Rule 230(c), opposition to a motion must be filed not less than fourteen (14) days prior to the date of the hearing.  The date of the hearing was set for January 28, 2010.  Fourteen (14) days prior to the hearing was January 14, 2010.  No opposition was filed as required.

In light of the fact that no opposition was filed by Plaintiff, Defendant's Motion to Dismiss (Docket No. 9) is GRANTED with leave to amend.

As a result of the failure to respond to this Motion, within ten (10) days from the date this order is electronically filed, Plaintiff's counsel shall either (1) personally pay sanctions in the amount of $250.00    to the Clerk of the Court or (2) show good cause for the failure to comply with Local Rule 230 (c).

///

///

///

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 230(g).

2

1     Plaintiff may file an amended complaint not later than
2 twenty (20) days after the date this Memorandum and Order is
3 filed electronically.  If no amended complaint is filed within
4 said twenty (20)-day period, without further notice, Plaintiff's
5 claims will be dismissed without leave to amend.
6     IT IS SO ORDERED.

Dated: January 29, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE